

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN
XXXIIXXXXXXIIXXXXXXX
ATTORNEY GENERAL

AUSTIN 11. TEXAS

Modified by O-5292

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:                          Opinion No. O-1126

Re:  May the Texas State Park Board
     delegate to its secretary the
     right to approve claims against
     the state appropriations for such
     board.

We have your letter of July 12, 1939, in which you state:

"I will thank you to advise this department whether Texas
State Parks Board may delegate to its secretary the right
to approve claims against the state appropriations for
such board."

Article 6067, Revised Statutes, provides for the creation of a State
Parks Board.  Article 6070a provides, among other things, that:

"The Board may make such rules and regulations for
carrying out of this act and the laws of this state
relative to state parks, as it may deem necessary not
in conflict with law."

The statutes creating the State Parks Board, and defining its duties and
powers are very meager.

However, the Waco Court of Civil Appeals, in State vs. Brannan, 111 S. W.
(2d) 347, says:

"The State Parks Board is not an independent corporation or
institution operated for financial gain, but is an agency
of the State authorized to and charged with the responsibility
of acquiring and maintaining a system of public parks for
the benefit of the people generally, for the benevolent
purpose of promoting the health, happiness, and general
welfare of its citizens."

Article 4344, Revised Statutes, Subdivision 4, imposes on the Comptroller the duty to "require all accounts presented to him for settlement not otherwise provided for by law to be made on forms prescribed by him, all such accounts to be verified by affidavit as to their correctness, and he may administer the oath himself in any case in which he may deem it necessary."

Article 4355, Revised Statutes, as amended by the Forty-second Legislature, among other things, provides:

> "All claims and accounts against the State shall be submitted on forms prescribed by the Comptroller in duplicate, when required by him, except claims for pensions, and shall be so prepared as to provide for the entering thereon, for the use of the Comptroller's Department, as well as other appropriate matters, the following:
>
> "1. Signature of the head of the department or other person responsible for incurring the expenditures."

From the provisions of the last statute quoted, it appears that the Legislature has required that the Comptroller must have the signature of the head of the department, or other person incurring the expenditure.

We, therefore, answer your question in the negative.

Since the statutes give the State Parks Board the power to prescribe rules and regulations not inconsistent with the law, it is suggested that the Parks Board may provide rules and regulations whereby the approval of the claim may be made by the Chairman, Vice-Chairman, or some other member of the Board, and if such is done we think you would be authorized to accept such approval. However, in view of the mandatory character of Article 4355, as amended, we are of the opinion that the approval of these claims may not be delegated to the executive secretary, or a non-member, but that such discretionary action must be taken by some member of the Board under the rules and regulations prescribed by the Board.

Yours very truly

APPROVED JUL 22, 1939
s/ W. F. Moore
FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

s/ Albert S. Rollins

APPROVED OPINION COMMITTEE
BY T. P. R.
CHAIRMAN

By

Albert S. Rollins
Assistant

ASR:FG/ldw